UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:16-cr-27 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ARAYA DUKES ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

On July 28, 2016, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation ("R&R") recommending: (a) the Court accept Defendant's plea of guilty to Count One of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (c) Defendant remain in custody pending sentencing in this matter. (Doc. 20.) Neither party filed an objection within the allotted fourteen-day period. After reviewing the record, the Court agrees with Judge Steger's R&R. Accordingly, the Court ACCEPTS and ADOPTS the R&R pursuant to 28 U.S.C. § 636(b)(1). It is, therefore, **ORDERED** that:

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **November 4, 2016, at 9:00 a.m.** before the undersigned.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**